# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Monte Dubois Gregory,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:08cv482

USA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/24/08 Order.

Signed: November 24, 2008

Frank G. Johns, Clerk
United States District Court